1  THOMAS P. BLEAU, ESQ.
   MARTIN FOX, ESQ.
2  **BLEAU FOX, A P.L.C.**
   3575 Cahuenga Boulevard West
3  Suite 580
   Los Angeles, California 90068
4  Telephone:  (323) 874-8613
   Facsimile:  (323) 874-1234
5  Email:      tbleau@bleaufox.com
               mfox@bleaufox.com
6
   Attorneys for Plaintiff
7  Castro Valley Union 76, Inc.

8  TODD M. SORRELL, ESQ. SBN 175143
   TARIFA B. LADDON, ESQ. SBN 240419
9  **FULBRIGHT & JAWORSKI L.L.P.**
   555 South Flower Street, 41st Floor
10 Los Angeles, CA 90071
   Telephone:  (213) 892-9200
11 Facsimile:  (213) 892-9494
   Email:      tsorrell@fulbright.com
12             tladdon@fulbright.com

13 Attorneys for Defendant
   Vapor Systems Technologies, Inc.
14

15              IN THE UNITED STATES DISTRICT COURT

16            FOR THE NORTHERN DISTRICT OF CALIFORNIA

17

18

19 CASTRO VALLEY UNION 76, INC.,           ) Case No.: CV-11-0299 PJH
                                           )
20         Plaintiff on behalf             )
           of itself and all               ) [PROPOSED] ORDER
21         those similarly                 ) EXTENDING THE TIME FOR THE
           situated.                       ) COMPLETION OF CLASS
22                                         ) CERTIFICATION DISCOVERY;
   v.                                      ) THE FILING OF A MOTION FOR
23                                         ) CLASS CERTIFICATION,
   VAPOR SYSTEMS                           ) OPPOSITION AND REPLY;
24 TECHNOLOGIES, INC., and DOES 1         ) HEARING TO DETERMINE
   through 100, inclusive,                 ) CLASS CERTIFICATION
25                                         )
           Defendants.                     )
26
27
28

The Court has duly considered the Joint Stipulation Extending the Time For The Completion of Class Certification Discovery; The Filing of a Motion for Class Certification, Opposition and Reply; Hearing to Determine Class Certification.

Good Cause appearing therefore, the current class certification deadlines are herein vacated and are reset as follows:

October 31, 2011 – Class Certification Discovery cut-off;

December 2, 2011 – Motion for Class Certification filed and personally served;

February 13, 2012 – Opposition to Motion for Class Certification filed and personally served;

February 27, 2012 – Reply re Motion for Class Certification filed and personally served;

March 14, 2012 at 9:00 a.m. – Hearing on Motion for Class Certification.

**IT IS SO ORDERED.**

Dated: 9/21/11            By: 
                               Judge Phyllis J. Hamilton

[PROPOSED] ORDER EXTENDING FILING DEADLINE FOR CLASS CERTIFICATION MOTION

DOCUMENT PREPARED ON RECYCLED PAPER