1  THOMAS P. BLEAU, ESQ.
   MARTIN FOX, ESQ.
2  **BLEAU FOX, A P.L.C.**
   3575 Cahuenga Boulevard West
3  Suite 580
   Los Angeles, California  90068
4  Telephone:   (323) 874-8613
   Facsimile:   (323) 874-1234
5  Email:       tbleau@bleaufox.com
                mfox@bleaufox.com
6
   Attorneys for Plaintiff
7  Castro Valley Union 76, Inc.

8  TODD M. SORRELL, ESQ. SBN 175143
   TARIFA B. LADDON, ESQ. SBN 240419
9  **FULBRIGHT & JAWORSKI L.L.P.**
   555 South Flower Street, 41st  Floor
10 Los Angeles, CA 90071
   Telephone:   (213) 892-9200
11 Facsimile:   (213) 892-9494
   Email:       tsorrell@fulbright.com
12              tladdon@fulbright.com

13

14 Attorneys for Defendant
   Vapor Systems Technologies, Inc.
15

16              **IN THE UNITED STATES DISTRICT COURT**

17             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

18

19

20 CASTRO VALLEY UNION 76, INC.,          )   Case No.:  CV-11-0299 PJH
                                          )
21            Plaintiff on behalf         )
              of itself and all           )   [PROPOSED] ORDER
22            those similarly             )   EXTENDING THE TIME FOR THE
              situated.                   )   COMPLETION OF CLASS
23                                        )   CERTIFICATION DISCOVERY;
   v.                                     )   THE FILING OF A MOTION FOR
24                                        )   CLASS CERTIFICATION,
   VAPOR SYSTEMS                          )   OPPOSITION AND REPLY;
25 TECHNOLOGIES, INC., and DOES 1         )   HEARING TO DETERMINE
   through 100, inclusive,                )   CLASS CERTIFICATION
26                                        )
              Defendants.                 )
27

28

DOCUMENT PREPARED
ON RECYCLED PAPER

- 1 -

1      The Court has duly considered the Second Joint Stipulation Extending the

2   Time For The Completion of Class Certification Discovery; The Filing of a Motion

3   for Class Certification, Opposition and Reply; Hearing to Determine Class

4   Certification.

5      Good Cause appearing therefore, the current class certification deadlines are

6   herein vacated and are reset as follows:

7      January 30, 2012 – Class Certification Discovery cut-off;

8      March 1, 2012 – Motion for Class Certification filed and personally

9      served;

10      May 14, 2012 – Opposition to Motion for Class Certification filed and

11      personally served;

12      May 28, 2012  – Reply re Motion for Class Certification filed and

13      personally served;

14      June 13, 2012 at 9:00 a.m. – Hearing on Motion for Class Certification.

15

16

17   **IT IS SO ORDERED.**

18

19   Dated:___October 14, 2011_____          By:_____

20                                            HON_____J. HAMILTON

21                                            Judge of the United States District
                                             Court

22

23

24

25

26

27

28

DOCUMENT PREPARED
ON RECYCLED PAPER

[PROPOSED] ORDER EXTENDING FILING DEADLINE FOR CLASS CERTIFICATION MOTION