TODD M. SORRELL (SBN 175143)
TARIFA LADDON (SBN 240419)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street
Forty-First Floor
Los Angeles, California  90071
Telephone:   (213) 892-9200
Facsimile:    (213) 892-9494
tsorrell@fulbright.com
tladdon@fulbright.com

Attorneys for Defendant
VAPOR SYSTEMS TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASTRO VALLEY UNION 76, INC., a California Corporation, on behalf of themselves and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VAPOR SYSTEMS TECHNOLOGIES, INC., an Ohio corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Civil Action No.  CV 11-0299 PJH<br><br>The Honorable Phyllis J. Hamilton<br><br>**[~~PROPOSED~~] ORDER GRANTING DISMISSAL OF ACTION**<br><br>Pre-Trial Conf. Date:  Feb. 13, 2014<br>Trial Date:  March 10, 2014 |

1  Based upon the Stipulation to Dismiss Action, it is hereby ORDERED,
2  ADJUDGED, and DECREED that the Complaint, and each and every cause of
3  action asserted in this proceeding, shall be dismissed with prejudice, each side to
4  bear its own attorneys' fees and costs.

5
6  Dated: __May 20_____, 2013
7
8  
   _____
   PHYLLIS J. HAMILTON
9  United States District Judge